TEODOR ARBUTINA, Respondent, v. GEORGE H. FLINN and Others, Appellants, and EDWARD C. KENDRED and Others, Defendants.— Order modified so as to grant defendants' motion to strike out paragraph 12, and those parts of paragraph 13, which allege the failure to procure any insurance against accidents, from which insurance proceeds injured employees could be reimbursed; otherwise, order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred. Order to be settled upon notice.

RICHARD P. BABEUF, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Judgment affirmed, with costs, upon the authority of *Miller* v. *Eagle Savings & Loan Co.* (174 App. Div. 581). Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

HENRY G. FOX, Appellant, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment affirmed, with costs, upon the authority of *Eagle Savings & Loan Co.* v. *Beakey* (163 App. Div. 860). Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

DAYTON HEDGES, Respondent, v. PIONEER IRON WORKS, Appellant.— Order and interlocutory judgment affirmed, with costs to abide the event. We think the complaint states a cause of action for breach of express warranty as to capacity, and that allegations of damage not recoverable in such an action are surplusage. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of THE GARTH ESTATES, Appellant, and Others, Defendants.— The Bronx Parkway Commission Act (Laws of 1907, chap. 594, § 13)* directs that the condemnation proceedings instituted thereunder are to be in the manner provided by the Code of Civil Procedure for condemnation of real property for like purposes. Therefore, this appeal by a defending landowner does not lie from the judgment of condemnation, which a defendant can only review through an appeal from the final order under Code of Civil Procedure (§ 3375). The appeal of the Garth Estates is, therefore, dismissed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

* Amd. by Laws of 1916, chap. 599.— [REP.